IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02871-LTB

JOANNA FLEMONS,

    Plaintiff,

v.

MAJOR LEAGUE BASEBALL,

    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff Joanna Flemons resides in Highlands Ranch, Colorado. She initiated this action *pro se* on October 26, 2023, by filing an *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)*.[1]

On December 14, 2023, the court issued an Order Directing Plaintiff to Cure Deficiencies. (ECF No. 5.) Specifically, the court directed Plaintiff to file her claims on a fully-completed, Court-approved Complaint form. (*Id.* at 2-3.) The court gave Plaintiff thirty days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice. (*Id.*)

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

1

Plaintiff has not cured the identified deficiencies, and the time to do so has expired.  (*See* docket.)  Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal, she must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  25th  day of   January   , 2024.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court