IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02871-LTB

JOANNA FLEMONS,

    Plaintiff,

v.

MAJOR LEAGUE BASEBALL,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 25, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, January 25, 2024.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                <u>s/ S. Chaplin</u>
                Deputy Clerk